UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ENTRY OF APPEARANCE AND
CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

| | |
|---|---|
| KUSMIN L. AMARSINGH | |
| v. | Case No. 24-1391 |
| FRONTIER AIRLINES, INC. | |

### ENTRY OF APPEARANCE

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for **FRONTIER AIRLINES, INC.**, Defendant/Appellee in the subject case.

### CERTIFICATE OF INTERESTED PARTIES

Further, pursuant to and in accordance with Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the Court.

| | |
|---|---|
| */s/ Brian Maye* | */s/ Thomas E.M. Werge* |
| Brian Maye | Thomas E.M. Werge |
| Fitzpatrick, Hunt & Pagano, LLP | Werge & Corbin Law Group |
| 10 S. LaSalle Street, Suite 3400 | 1736 Race Street |
| Chicago, IL 60603 | Denver, CO 80206 |
| Telephone: 312-728-4905 | Telephone: 303-586-4900 |
| brian.maye@fitzhunt.com | tom@werge.law |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October, 2024, a true and correct copy of the foregoing was served via CM/ECF with a copy provided to the Appellant/Petitioner via electronic mail, addressed as follows:

K. LINDA AMARSINGH:  lindaamarsingh@gmail.com
*Pro Se Appellant/Petitioner*

/s/   *Brian T. Maye*