# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| KUSMIN L. AMARSINGH<br><br>v.<br><br>FRONTIER AIRLINES, INC. | Appellate Case: 24-1391 |

## FRONTIER AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. Rule 26.1, Frontier Airlines, Inc. ("Frontier") discloses that it is wholly owned by Frontier Airlines Holdings, Inc. Frontier Airlines Holdings, Inc. is wholly owned by Frontier Group Holdings, Inc., a publicly traded corporation. No publicly held corporation directly owns 10% or more of Frontier Airlines, Inc.'s stock.

Respectfully submitted this 22nd day of October, 2024.

                                          */s/ Brian Maye*
                                          Brian Maye
                                          Fitzpatrick, Hunt & Pagano, LLP
                                          10 S. LaSalle Street, Suite 3400
                                          Chicago, IL 60603
                                          Telephone: 312-728-4905
                                          brian.maye@fitzhunt.com

## **CERTIFICATE OF SERVICE**

I certify that on the 22nd day of October, 2024, a true and correct copy of the foregoing was served via CM/ECF with a copy provided to the Appellant/Petitioner via electronic mail, addressed as follows:

K. LINDA AMARSINGH:  lindaamarsingh@gmail.com

                                                           */s/  Brian T. Maye*