# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

October 25, 2024

Mr. Jeffery P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S Courthouse
Denver, CO 80294-3589

RE: Check Number 261

    Re:  Payment
    Case No.1:23-CV-1875-GPG-KAS

Dear Mr. Colwell:

    Please find enclosed a personal check from Kusmin Linda Amarsingh in the amount of $605.00. Our records indicate that this is a full payment of the appellate filing fee for appeal number 24-1391 (U.S. District court number 1:23-CV-01875-GPG-KAS).

    Please contact this office if you have questions.

Very truly yours,

CHRISTOPHER M. WOLPERT, Clerk

CC: Kusmin L. Amarsingh
CMW/jjh