UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Consent to Electronic Service**

| | |
|---|---|
| **K. LINDA AMARSINGH,**<br>APPELLANT/PETITIONER,<br><br>v.<br><br>**FRONTIER AIRLINES, INC.,**<br>APPELLEE/RESPONDENT | Case No. 1:23-CV-01875-GPG-KAS |

I hereby notify the clerk that **I consent to receive electronic service** of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below.

If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service, and this consent is only effective as to the above captioned appeal(s).

**K. LINDA AMARSINGH**
**APPELLANT/PETITIONER**
**PRO SE**
lindaamarsingh@gmail.com
862-201-1305

_____
Signature

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>17 October 2024</u> I sent a copy of
[date]
the Consent to Electronic Service to: <u>Frontier Airlines, Inc., via their attorney, Mr. Brian Maye at brian.maye@fritzhunt.com</u> address/email address, by <u>Email Service</u>.

[state method of service]

17 October 2024
_____
Date

_____
Signature

US Court of Appeals for 10th Cir
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Linda Amarsingh
4 Shady Lane
Mary Esther
FL 32569

$605
Check to
Alma