Entry of Appearance - Pro Se



**K. LINDA AMARSINGH,**
    APPELLANT/PETITIONER,

v.

**FRONTIER AIRLINES, INC.,**
    APPELLEE/RESPONDENT.

Case No. 1:23-cv-01875-GPG-KAS

I hereby notify the clerk that I am appearing pro se as the <u>Appellant/Respondent</u> in this case. All notices regarding the case should be sent to me at via email at lindaamarsingh@gmail.com. My mailing address is: 4 Shady Lane, Mary Esther, FL 32569. I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

**X**    All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

    There are parties interested in this litigation that do not appear in the caption for
this appeal, and they are listed on the back of this form.

_K. L. Amarsingh_ (signature)
Signature

K. LINDA AMARSINGH
4 Shady Lane,
Mary Esther, FL 32569

## CERTIFICATE OF SERVICE

**I hereby certify that:**

- ~~All parties to this litigation are either (1) represented by attorneys; or (2) have consented to electronic service in this case, or~~

- On 17 October 2024 I sent a copy of the Pro Se Entry of Appearance Form to Mr. Brian Maye at <u>brian.maye@fitzhunt.com</u>, via email service.

Date: 17 October 2024

_____
K. LINDA AMARSINGH

US Court of Appeals for 10th Cir.
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Linda Amarsingh
4 Shady Lane
Mary Esther
FL 32569



$605
Check to
Alma