RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2024 DEC -9 AM 10: 50

Linda Amarsingh
4 Shady Lane
Mary Esther, FL 32569

Clerk of the Court
10th Circuit Court of Appeals
Denver, Colorado

Re: Motion for Extension to File a Brief
Case No: 24-1391

Dear Clerk of the Court,

I, Linda Amarsingh, Pro Se Litigant in the above-referenced case, respectfully submit this motion for an extension of time to file my brief.

Due to unforeseen circumstances related to my medical care, I am requesting additional time to prepare and submit my brief. Specifically, I underwent invasive surgery on November 27, and I am currently facing complications that require me to undergo another intensive surgery shortly. As a result, my access to my case materials is severely limited, and my ability to work on the brief has been compromised.

I kindly ask the court for an extension of 30 days to accommodate my recovery and legal obligations during this difficult time. If the court requires additional medical records to substantiate this request, please do not hesitate to contact me, and I will provide the necessary documentation.

Thank you for your understanding and consideration of my request.

Sincerely,

Linda Amarsingh
Pro Se Litigant

Linda Amarsingh
4 Shady Ln
Mary Esther, FL 32569

Appellate Case: 24-1391   Document: 11   Date Filed: 12/09/2024   Page: 2

PENSACOLA FL 325
5 DEC 2024 PM 1 L

The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Scanned
US Mars

80257-