UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 23, 2025

Ms. Kusmin Linda Amarsingh
4 Shady Lane Drive
Mary Esther, FL 32569

**RE:** **24-1391, Amarsingh v. Frontier Airlines**
Dist/Ag docket: 1:23-CV-01875-GPG-KAS

Dear Appellant:

Your brief has not been filed in this case. Unless the brief is filed within seven days after the date of this letter, the appeal will be dismissed without further notice. See 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Brian Timothy Maye
Thomas Werge

CMW/gh