UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 25, 2025

Brian Timothy Maye
Fitzpatrick Hunt & Pergano
10 South LaSalle Street, Suite 3400
Chicago, IL 60603

Thomas Werge
Werge & Corbin Law Group
1736 Race Street
Denver, CO 80206

RE:     24-1391, Amarsingh v. Frontier Airlines
Dist/Ag docket: 1:23-CV-01875-GPG-KAS

Dear Counsel:

Appellee's brief is deficient because:

The orders appealed and the lower court judgment must be submitted as attachments to the brief. Appellee must attach the orders appealed to the response brief is appellant fails to do so. *See* 10th Cir. R. 28.2(B) and 10th Cir. R. 30.1(F).

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Kusmin Linda Amarsingh

CMW/jjh