UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 04, 2025

Brian Timothy Maye
Fitzpatrick Hunt & Pergano
10 South LaSalle Street, Suite 3400
Chicago, IL 60603

Thomas Werge
Werge & Corbin Law Group
1736 Race Street
Denver, CO 80206

RE:     24-1391, Amarsingh v. Frontier Airlines
        Dist/Ag docket: 1:23-CV-01875-GPG-KAS

Dear Counsel:

The paper copies of appellee's response brief are deficient.

The paper copies are not exact replicas of the electronic filing of 2/25/25. Specifically, the attachments are missing and there is statement of prior related appeals in the hard copies. *See* the Court's CM/ECF User Manual at Section III(E) and 10th Cir. R. 31.5.

You must file seven corrected paper copies within three days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Kusmin Linda Amarsingh

CMW/jm